THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Glen Ancrum, Appellant.
 
 
 

Appeal From Dorchester County
  Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2006-UP-189   
Submitted April 1, 2006  Filed April 10, 2006

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor, David M. Pascoe, Jr., of Summerville, for Respondents.
 
 
 

PER CURIAM:  Glen Ancrum appeals his guilty plea and sentence for possession of crack cocaine, threatening the life of a public official, and accessory after the fact of armed robbery, arguing he was unable to knowingly and intelligently waive his constitutional rights because the trial court failed to comply with Boykin v. Alabama, 395 U.S. 238 (1969).  Ancrums counsel attached to the brief a petition to be relieved as counsel, stating she had reviewed the record and concluded Ancrums appeal lacked merit.  Ancrum has not filed a separate pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Ancrums appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED. [1]
HEARN, C.J., and ANDERSON and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.